United States District Court

Eastern District of California

Frank K. Berry,

      Petitioner,                    No. Civ. S 05-0899 FCD PAN P

  vs.                            Order

Stuart J. Ryan, et al.,

      Respondents.

-oOo-

    August 18, 2005, respondent requested an extension of time to respond to the petition.  Good cause appearing, respondent's request is granted and time is extended until 30 days from the date this order is signed.

    So ordered.

    Dated:  August 23, 2005.

                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge