BILL LOCKYER
Attorney General of the State of California
ROBERT R. ANDERSON
Chief Assistant Attorney General
MARY JO GRAVES
Senior Assistant Attorney General
STEPHEN G. HERNDON
Supervising Deputy Attorney General
ALISON ELLE ALEMAN
Deputy Attorney General
State Bar No. 117566
 1300 I Street
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5164
 Fax: (916) 324-2960
 Email: @doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK K. BERRY,<br><br>    Petitioner,<br><br> v.<br><br>STUART J. RYAN, Warden,<br><br>    Respondent. | CIV-S-05-0899 FCD PAN P |

**PROPOSED ORDER**

BILL LOCKYER
Attorney General of the State of California
ROBERT R. ANDERSON
Chief Assistant Attorney General
MARY JO GRAVES
Senior Assistant Attorney General
STEPHEN G. HERNDON
Supervising Deputy Attorney General
ALISON ELLE ALEMAN
Deputy Attorney General
State Bar No. 117566
  1300 I Street
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5164
  Fax: (916) 324-2960
  Email: alison.aleman@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| FRANK K. BERRY, | CIV-S-05-0899 FCD PAN P |
|---|---|
| Petitioner, | ~~PROPOSED~~ ORDER |
| v. | |
| STUART J. RYAN, Warden, | |
| Respondent. | |

Respondent has filed a request to modify the briefing schedule.

1. GOOD CAUSE APPEARING, it is hereby ordered that Respondent's request is hereby granted.

2. The scheduling order is hereby modified for Respondent to file a response to the petition for writ of habeas corpus within thirty days from the date of this order.

Dated: November 1, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge

PROPOSED ORDER

1