United States District Court

Eastern District of California

Frank K. Berry,

      Petitioner,                No. Civ. S 05-0899 FCD PAN P

  vs.                      Order

Stuart J. Ryan, et al.,

      Respondents.

-oOo-

    November 30, 2005, respondent requested an extension of time to respond to the petition.  Good cause appearing, respondent's request is granted and time is extended until 20 days from the date this order is signed.

    So ordered.

    Dated:  December 1, 2005.

                                        /s/ Peter A. Nowinski
                                        PETER A. NOWINSKI
                                        Magistrate Judge