United States District Court

Eastern District of California

Frank K. Berry,

     Petitioner,                  No. Civ. S 05-0899 FCD PAN P

  vs.                            Order

Stuart J. Ryan, et al.,

     Respondents.

-oOo-

   Good cause appearing:

   1.  Within 20 days, respondent shall lodge records referred to in their answer and serve petitioner with a notice of lodging.

   2.  Petitioner's reply is due 30 days thereafter.

   3.  Petitioner's November 28, 2005, request I adhere to the briefing schedule is denied as moot.  I will address petitioner's motion for discovery after he files and serves a reply.

   Dated:  December 20, 2005.

                                  /s/ Peter A. Nowinski
                                PETER A. NOWINSKI
                                Magistrate Judge