1
2   BILL LOCKYER
    Attorney General of the State of California
3   ROBERT R. ANDERSON
    Chief Assistant Attorney General
    MARY JO GRAVES
4   Senior Assistant Attorney General
    STEPHEN G. HERNDON
5   Supervising Deputy Attorney General
    ALISON ELLE ALEMAN
6   Deputy Attorney General
    State Bar No. 117566
7    1300 I Street
     P.O. Box 944255
8    Sacramento, CA 94244-2550
     Telephone: (916) 324-5164
9    Fax: (916) 324-2960
    Attorneys for Respondent
10

11              IN THE UNITED STATES DISTRICT COURT

12          FOR THE EASTERN DISTRICT OF CALIFORNIA

13  **FRANK K. BERRY,**                      CIV-S-05-0899 FCD PAN P

14                          Petitioner,      ~~[PROPOSED]~~ ORDER

15          v.

16  **STUART J. RYAN, Warden,**

17                          Respondent.

18          Respondent has filed a request to modify the briefing schedule.

19
20          1. GOOD CAUSE APPEARING, it is hereby ordered that Respondent's request

21  is hereby granted.

22          2. The scheduling order is hereby modified for Respondent to lodge the record and

    supporting documents on within fourteen (14) days from the date of this order.
23
        Dated:   January 10, 2006.
24

25                              /s/ Peter A. Nowinski
                                PETER A. NOWINSKI
26                              Magistrate Judge

27

28