IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK K. BERRY,

    Petitioner,                              No. CIV S-05-0899 FCD PAN P

  vs.

STUART J. RYAN, et al.,

    Respondents.                            ORDER
_____/

    Petitioner has requested an extension of time to file a traverse. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's January 23, 2006 request for an extension of time is granted; and

    2. Petitioner is granted thirty days from the date of this order in which to file and serve a traverse.

DATED: February 23, 2006.

                                            UNITED STATES MAGISTRATE JUDGE

/001; berr0899.111