IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK K. BERRY,

    Petitioner,                   No. CIV S-05-0899 FCD PAN P

    vs.

STUART J. RYAN, et al.,

    Respondents.             ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On November 28, 2005, petitioner filed a document styled "Request to Forestall Any Further Modification of Briefing Schedule as to Trial Counsel Wendell Peters Also Request for Discovery." The court construes that document as, in part, a motion for leave to conduct discovery pursuant to Rule 6 of the Rules Governing Section 2254 in the United States District Courts. See also Request for Discovery, filed March 1, 2006. Good cause appearing, respondents will be directed to file a response to the motion.

        On March 1, 2006, petitioner filed a request for imposition of sanctions on counsel for respondent. The request is without merit and will be denied.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner's November 28, 2005 and March 1, 2006 requests for discovery are

1

construed as a motion for leave to conduct discovery;

    2. Within twenty-one days from the date of this order respondents shall file and serve a response to petitioner's motion for leave to conduct discovery;

    3. Petitioner's reply, if any, shall be filed and served not later than seven days thereafter; and

    4. Petitioner's March 1, 2006 request for sanctions is denied.

DATED: March 16, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12/mp
berr0899.mo

2